FILED
U.S. DISTRICT COURT

APR 3 12 53 PM '00

WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
APRIL 3, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEIRDRE MCKINNEY | CIVIL ACTION |
| VERSUS | NO. 00-376 |
| CITY OF WESTWEGO ET AL. | SECTION "A" (2) |

You are hereby notified that the captioned case will be called on **April 26, 2000 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B421, New Orleans, Louisiana. Counsel for plaintiff must appear in person and report on the status of the case and show cause why service has not been completed and/or why this matter should not be dismissed for failure to prosecute.

DATE OF ENTRY
APR - 3 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc.No. ___