

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 14 P 2: 56

LORETTA G. WHYTE

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEIRDRE McKINNEY,                        §
                                         §
        Plaintiff,                       §        CIVIL ACTION NO. 00-0376
                                         §
v.                                       §        SECTION "A"
                                         §
CITY OF WESTWEGO, ROY JUNCKER,           §        JUDGE SCHWARTZ
JOSEPH ELLINGTON, and                    §
SEAN GARDNER,                            §        MAGISTRATE JUDGE WILKINSON
                                         §
        Defendants                       §

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

NOW INTO COURT, through undersigned counsel, come Defendants, City of Westwego, Roy Juncker, Joseph Ellington and Sean Gardner, who respectfully move the Court for an extension of time within which to answer or otherwise plead of twenty (20) days pursuant to local rule 7.9, such extension to run from the date answer is presently due, April 14, 2000, to May 4, 2000. Undersigned counsel certifies that no previous extension within which to plead has been granted by the Court, nor has an objection to an extension been filed into the record.

DATE OF ENTRY
APR 1 7 2000



WHEREFORE, Defendants respectfully pray that they be granted an extension of time within which to answer or otherwise plead of twenty (20) days, up to and including May 4, 2000.

Respectfully submitted,

WALTER W. CHRISTY (#04134)
LESLIE W. EHRET (#18494)
GEORGE J. DITTA, II (#8205)
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    (504) 599-8000
Facsimile:    (504) 599-8100

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of April, 2000, forwarded a copy of the foregoing Motion for Extension of Time Within Which to Plead via Facsimile and Regular U.S. Mail upon the following.

Reva E. Lupin
3140 Garden Oaks Drive, Suite B
New Orleans, LA 70114

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEIRDRE McKINNEY, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 00-0376 |
| | § | |
| v. | § | SECTION "A" |
| | § | |
| CITY OF WESTWEGO, ROY JUNCKER, | § | JUDGE SCHWARTZ |
| JOSEPH ELLINGTON, and | § | |
| SEAN GARDNER, | § | MAGISTRATE JUDGE WILKINSON |
| | § | |
| Defendants | § | |

## ORDER

Considering the foregoing Motion;

IT IS ORDERED that Defendants, City of Westwego, Roy Juncker, Joseph Ellington

and Sean Gardner, be and they are hereby granted an extension of twenty (20) days or until

May 4, 2000 within which to answer or otherwise plead.

New Orleans, Louisiana, this _17th_ day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE