```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2000 APR 18  P 1: 33

                                         LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
APRIL 18, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEIRDRE MCKINNEY | CIVIL ACTION |
| VERSUS | NO. 00-376 |
| CITY OF WESTWEGO ET AL. | SECTION "A" (2) |

Defendants have now made an appearance in the record of this case. Record Doc. No. 6. Accordingly,

**IT IS ORDERED** that this matter is hereby removed from the Court's call docket set on April 26, 2000, and counsel for plaintiff need not appear.

DATE OF ENTRY
APR 1 8 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 7