FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 18  P 1:33

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
APRIL 18, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEIRDRE MCKINNEY | CIVIL ACTION |
| VERSUS | NO. 00-376 |
| CITY OF WESTWEGO ET AL. | SECTION "A" (2) |

A preliminary conference is hereby **SCHEDULED** in this matter on **May 22, 2000 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss scheduling and select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at (504) 589-7630.

DATE OF ENTRY
APR 1 8 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Fee _____
Process _____
X/Dktd _____
CtRmDep _____
Doc. No. _____