FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -2 P 2: 42

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEIRDRE McKINNEY
    *Plaintiff*

v.

CITY OF WESTWEGO,
ROY JUNCKER,
JOSEPH ELLINGTON, and
SEAN GARDNER
    *Defendants*

Civil Action, File No.: 00-0376
SECTION "A" MAGISTRATE 2

## PLAINTIFF'S MOTION FOR ADMISSION OF SANFORD A. KUTNER TO APPEAR PRO HAC VICI

Pursuant to Local Rule 83.2.6, Plaintiff, through its undersigned counsel who is a resident of Lousiana and member in good standing of the bar of United States District Court for the Eastern District of Louisiana, moves that Sanford A. Kutner be permitted to appear Pro Hac Vici for all purposes relating to this case, including being heard in open court. In support of this Motion, Plaintiff states:

1. Mr. Kutner is a resident of Louisiana and his office address is 6100 North Lakeway Drive, Oklahoma City, OK 73162. Mr. Kutner's telephone number is (405) 321-6181 and his facsimile number is (800) 736-3832.

2. The name and office address of the Louisiana licensed attorney with whom Mr. Kutner is associated in this case is Reva E. Lupin, 3140 Garden Oaks Drive, Suite B, New Orleans, LA 70114, telephone number (504) 361-0040, facsimile (504) 887-7615.

DATE OF ENTRY
JUN - 8 2000

3. Mr. Kutner is a member in good standing of the bar of Oklahoma (See Exhibit 1) and is admitted to practice in the United States District Courts for the Northern and Western Districts of Oklahoma. See Declaration of Sanford A. Kutner attached. Mr. Kutner has not been the subject of disciplinary proceedings, nor have any criminal charges ever been instituted against him. Further, he has not been denied admission to the courts of any state or federal court since his admission to the bar.

4. Mr. Kutner is familiar with the Local Rules of this Court governing procedure and the conduct

of members and agrees to comply in good faith with those Rules.

WHEREFORE, Defendant requests that the Court enter an Order admitting Sanford A. Kutner "Pro Hac Vici" for Plaintiff in the above-captioned matter. A proposed Order is submitted for the Court's consideration.

DATED this 1st day of June, 2000.

Respectfully submitted,

Reva E. Lupin, La Bar #21323
Attorney for the Plaintiff,
Deirdre McKinney
3140 Garden Oaks Drive, Suite B
New Orleans, LA 70014
504-361-0040
FAX 504-887-7615

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEIRDRE McKINNEY
*Plaintiff*

v.

CITY OF WESTWEGO,
ROY JUNCKER,
JOSEPH ELLINGTON, and
SEAN GARDNER
*Defendants*

Civil Action, File No.: 00-0376
SECTION "A" MAGISTRATE 2

## ORDER GRANTING ADMISSION PRO HAC VICI

THIS MATTER comes before the undersigned judge upon the Motion for Admission of Sanford A. Kutner to Appear Pro Hac Vice. The Court finds the motion should be GRANTED.

IT IS THEREFORE ORDERED that Mr. Kutner is hereby granted admission to practice before this Court Pro Hac Vici for this case only.

DATED this 5th day of June 2000.

_____
JUDGE