

ORIGINAL
File in the
record
7.21.00

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEIRDRE McKINNEY, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 00-0376 |
| v. | § § | SECTION "A" |
| CITY OF WESTWEGO, ROY JUNCKER, JOSEPH ELLINGTON, and SEAN GARDNER, | § § § § | JUDGE SCHWARTZ MAGISTRATE JUDGE WILKINSON |
| Defendants | § § | |

## PROTECTIVE ORDER

Plaintiff, Dierdre McKinney, and Defendants, City of Westwego, Roy Juncker, Joseph Ellington and Sean Gardner ("Defendants"), enter into the following Protective Order with respect to documents to be produced to Plaintiff by Defendants:

1. "Confidential Material" is defined as any document produced by Defendants, including the personnel files of individual employees or former employees, which are identified in the manner set forth in paragraph 2 herein.

DATE OF ENTRY
JUL 24 2000

Fee____
Process____
X/Dktd____
___CtRmDep____
Doc.No.____

2. Copies of all Confidential Material furnished to Plaintiff shall be identified by Bates Stamp numbering on each page, which numbers are designated in the document production as "Confidential Material". For purposes of Defendant's Response to Plaintiff's First Request for Production of Documents, "Confidential Material" includes those documents to be produced as Sean Gardner's personnel file, Bates Stamp numbered D-00344 through D-00449.

3. Plaintiff understands that it is Defendants' position that the aforementioned documents and the information contained therein may be confidential and agrees that the contents shall be used solely and exclusively for purposes of this lawsuit and will not be divulged to any person or entity other than in the course of this litigation.

4. Within 30 days after the termination of this lawsuit (following appellate reviews, if any), Plaintiff shall return to Defendants all of the aforementioned documents and all copies of such documents which have been made.

5. The parties jointly agree that nothing stated herein shall constitute a waiver of right to object to the relevance, admissibility or use of any of the aforementioned documents or the information contained therein, nor shall

the designation of any document or thing is confidential be an agreement that it is, or is not, confidential, as a matter of substantive law or evidence.

6.  The parties agree that this Protective Order will be submitted to the Court for inclusion into the record of this lawsuit, and that Defendants have the right to seek judicial enforcement of the terms of this Protective Order.

AGREED this __19__ day of July, 2000

Respectfully submitted,

_____  
REVA E. LUPIN  
STANLEY KUTNER  
P. O. Box 8802  
Metairie, Louisiana 70011-8802  
COUNSEL FOR PLAINTIFF  
DEIRDRE McKINNEY

_____  
WALTER W. CHRISTY  
LESLIE W. EHRET  
Frilot, Partridge, Kohnke & Clements, L.C.  
3600 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana 70163  
COUNSEL FOR DEFENDANTS  
CITY OF WESTWEGO, ROY JUNCKER,  
JOSEPH ELLINGTON  
and SEAN GARDNER

ORDER

On joint motion of all parties, the foregoing is entered as the Court's Protective Order in this case.

JOSEPH C WILKINSON, JR.  
UNITED STATES MAGISTRATE JUDGE